IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Perryman, Listoria M | Case Number: 07 B 01526 |
| | Judge: Squires, John H |
| Printed: 9/30/08 | Filed: 1/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 20, 2008
Confirmed: March 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 2,425.00 | |
| Secured: | | 431.28 |
| Unsecured: | | 45.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,814.00 |
| Trustee Fee: | | 134.72 |
| Other Funds: | | 0.00 |
| Totals: | 2,425.00 | 2,425.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,814.00 | 1,814.00 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Barclays Capital Real Estate | Secured | 6,035.52 | 431.28 |
| 4. | Asset Acceptance | Unsecured | 68.77 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 46.82 | 45.00 |
| 6. | Peoples Energy Corp | Unsecured | 11.15 | 0.00 |
| 7. | Capital One | Unsecured | 37.94 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,165.99 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 176.78 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 21.58 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 245.80 | 0.00 |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | LVNV Funding | Unsecured | | No Claim Filed |
| 16. | University of Illinois | Unsecured | | No Claim Filed |
| | | | $ 9,624.35 | $ 2,290.28 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 0.76 |
| 5.4% | 111.20 |
| 6.5% | 22.76 |
| | $ 134.72 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Perryman, Listoria M | Case Number:  07 B 01526 |
| | Judge:  Squires, John H |
| Printed:  9/30/08 | Filed:  1/30/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

